IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEAMON DAVIS**  **PLAINTIFF**
**ADC #153194**

v.   Case No. 4:20-cv-00895-KGB

**WENDY KELLEY,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Deamon Davis's complaint is dismissed without prejudice (Dkt. No. 1).

It is so ordered this 4th day of December, 2020.

*[signature]*
Kristine G. Baker
United States District Judge